**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **TODD GOODEN, BRANDI GOODEN, HUEY KROHN, AND GINA KROHN**<br><br>**VERSUS**<br><br>**CONTACT NETWORK, INC. d/b/a INLINE; MARTIN COSTA, PRESIDENT CONTACT NETWORK, INC.; MARTIN COSTA, INDIVIDUALLY, RICK BARBER, VICE-PRESIDENT OF SALES CONTACT NETWORK, INC.; AND RICK BARBER, INDIVIDUALLY** | **PLAINTIFF**<br><br>**CIVIL ACTION NO. 3:07-CV-00353-HTW-LRA**<br><br><br><br>**DEFENDANTS** |

**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND
JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

This matter came before the Court on Defendants' Motion to Compel Arbitration and Motion to Dismiss filed with the Court on July 10, 2007, and the Court's Notice of Hearing before the Court for Friday, January 18, 2008, at 11:00 a.m.  At that time, the Plaintiffs and Defendants appeared before the Court through their counsel, Charles Saltzman and Armin J. Moeller, Jr., respectively. The Court, having reviewed the Defendants' Motion; Plaintiffs' Response and Opposition thereto; Defendants' Rebuttal; the parties' memoranda in support of their positions; and the arguments of counsel, the Court finds that Defendants' Motion to Compel Arbitration and Motion to Dismiss is well taken and should be granted.  Accordingly, it is

ORDERED AND ADJUDGED that the Defendants' Motion to Compel Arbitration and Motion to Dismiss is granted.  Plaintiffs are directed forthwith to submit to arbitration all claims

88770.1

contained in the Plaintiffs' Complaint in accordance with their agreement to arbitrate such claims as stated in Section 16 of the Plaintiffs' Employment Agreements attached to their Complaint; and it is

ORDERED AND ADJUDGED that the Plaintiffs' June 21, 2007, Complaint and this action is dismissed without prejudice; and it is

SO ORDERED AND ADJUDGED this the 31st day of January, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


Civil Action No. 3:07-cv-353 HTW-LRA

Order Granting Motion to Compel Arbitration and
    Judgment of Dismissal without Prejudice

88770.1        2